# UNITED STATES DISTRICT COURT
## Middle District of Florida
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 6:18-mj-1669

**BRANDON CHARLES GLOVER**

Charging District's
Case No. CR-18-00348

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I, **Brandon Charles Glover**, understand that I have been charged in the Northern District of California and I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

**I AGREE TO WAIVE MY RIGHT(s) TO:**

[X] an identity hearing

[ ] a preliminary hearing

[ ] a detention hearing

[ ] an identity hearing and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

October 18, 2018

_Brandon Glover_
Defendant's Signature

_[signature]_
Signature of defendant's attorney

_Michael S Ryan_
Printed name of defendant's attorney