# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 6:18-mj-1669

BRANDON CHARLES GLOVER

## ORDER SETTING
## CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **must not violate** any federal, state or local law while on release in this case.

(2) The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant **must immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(4) The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear on November 8, 2018 at 9:00 a.m., in the United States Courthouse in the Northern District of California located at 280 S. 1st Street., San Jose, CA 95113, in the Courtroom directed upon notice.

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

- Report as directed by the Pretrial Services Office.

- Maintain or actively seek legitimate verifiable non-computer-based employment.

- Obtain no passport or any other travel documents.

- Abide by the following restrictions on personal association, place of abode, or travel: Defendant is restricted in residence and travel to the Middle District of Florida and the Northern District of California and places in between for the purpose to attend court proceeding to meet with attorney.

- Report as soon as possible, to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Defendant is prohibited from engaging in any computer hacking.

- Without prior approval of the Court:

    (1) you are prohibited from possessing and using any device capable of connecting to the internet (for example, a computer, a smart phone, a hand-held computing device, and a gaming console) and accessing illegal or prohibited content. This prohibition includes a device located at a public library, an internet cafe, your place of employment, an educational facility or any other third-party location;
    (2) you are prohibited from possessing or using any medium capable of storing content from the internet (for example, a flash drive, a compact disc, a floppy disc, and cloud based storage); and,
    (3) you are prohibited from encrypting electronic data or content, and from using or possessing anything that encrypts electronic data or content.

    *KRS*

- No contact directly or indirectly with the co-defendant named in the Indictment or with Linkedin or Lynda.com.

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Brandon Glover_
Signature of Defendant

_414 George Street_
Address

_Winter Springs, FL_
City and State          Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

☑ The defendant is **ORDERED** released after processing.
☐ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:   18th day of October, 2018

_Karla R. Spaulding_
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Pretrial Services Office
Defendant
Counsel of Record

AO 199A Order Setting Conditions of Release          3