**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.   CASE NO: 6:18-mj-1669

BRANDON CHARLES GLOVER

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Brandon Charles Glover, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Northern District of California was held on October 18, 2018.

Based on the defendant's waiver of identity hearing, I find that BRANDON CHARLES GLOVER is the person named in the warrant for arrest, a copy of which has been produced.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 18, 2018.

*[signature]*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record