

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

# MEMORANDUM

UNITED STATES OF AMERICA

VS.   CASE NO: 6:18-mj-1669

BRANDON CHARLES GLOVER

---

DATE: October 19, 2018

        Your Case No.:   CR 18 00348 LHK NC

TO: United States District Court
Northern District of California
280 South First Street.
San Jose, CA 95113-3002

FROM: Edward Jackson, Courtroom Deputy for
Karla R. Spaulding, United States Magistrate Judge
407-835-5809
U.S. Courthouse
401 West Central Boulevard
Orlando, Florida 32801

SUBJECT:   Rule 5(c) Proceedings

    The above styled case originated in your district. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE:   October 18, 2018

RELEASE/DETENTION:   Conditions of Release were set and the Defendant was released on bond.

SCHEDULED HEARING:   November 8, 2018

CHARGING DOCUMENT:   Indictment